NO. 07-12-0217-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

JUNE 21, 2012

_____

In re RICKY LEE GREEN, Relator
_____

***Order of Dismissal***

_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Relator Ricky Lee Green filed a petition for writ of mandamus on June 5, 2012, but failed to pay the $125 filing fee required under Texas Rule of Appellate Procedure 5. We informed relator, by letter dated June 5, 2012, that the filing fee was outstanding and that the appeal would be dismissed unless it was paid by June 15, 2012. TEX. R. APP. P. 42.3(c); *see Holt v. F.F. Enterprises*, 990 S.W.2d 756 (Tex. App.–Amarillo 1998, pet. ref'd). The fee has not been paid to date. Nor does the record show him to be indigent or having requested leave to proceed as an indigent.

Because relator has failed to pay the requisite filing fee as directed by the court, we dismiss the appeal pursuant to Texas Rule of Appellate Procedure 42.3(c).

Per Curiam